UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

JTS/SIMMS, LLC SA
a New Mexico Limited liability company

Case No. 11-07-12153

Chapter 11

    Debtor.

JTS/SIMMS, LLC,

    Plaintiff,

v.

Adv. Pro. 07-01132 s

SIMMS BUILDING, INC., a
New Mexico corporation,

    Defendant.

## PLAINTIFF'S EXHIBIT LIST

Plaintiff submits the following exhibit list in connection with trial of this matter.

A. Purchase and Sale Agreement

B. Settlement Statement

C. Letter from Gary Armstrong to Carrie Payne, dated May 25, 2007

D. Warranty Deed

E. Letter to tenants after closing, dated May 31, 2007

F. Sample invoice sent by Grubb & Ellis, post-closing

G. Simms Building, Inc. invoices to tenants, post-closing

H. Funds received by debtor for pre-closing rent

I. Funds received by defendant, post-closing, for rent

J. Grubb & Ellis pre-petition bank statement for JTS/Simms

K. JTS/Simms pre-petition bank statement

L. Post-closing rent ledger for Behles Law Firm, P.C.

M. Correspondence regarding rent due from Behles Law Firm, P.C.

N. All exhibits of Simms Building, Inc.

O. Rebuttal exhibits, the identify of which cannot be anticipated.

JACOBVITZ, THUMA & WALKER, P.C.

By: <u>filed electronically</u>
David T. Thuma
Thomas D. Walker
500 Marquette NW, Suite 650
Albuquerque, NM 87102
(505) 766-9272
Attorneys for Plaintiff

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made on Jennie D. Behles this 28th day of May, 2008, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court.

<u>s/filed electronically</u>
David T. Thuma