UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

JTS/SIMMS, LLC  
a New Mexico Limited Liability company

Case No. 07-12153 SA  
Chapter 11

    Debtor,

JTS/SIMMS, LLC,

    Plaintiff,

v.

Adv. 07-01132 s

SIMMS BUILDING, INC.,  
a New Mexico corporation,

    Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Defendant's Exhibit List was mailed to Robert H. Jacobvitz, at Jacobvitz, Thuma & Walker, P.C., 500 Marquette NW, Suite 650, Albuquerque, NM 87102, on the 23rd day of May, 2008. This certificate will be sent through the Court's electronic noticing system, depending upon whether or not that party is subscribed to the CM/ECF system, on May 28, 2008.

    Respectfully submitted,

    BEHLES LAW FIRM, PC

    By: /s/ Jennie D. Behles  
        Jennie Deden Behles  
        202 Central Ave., SE, Suite A-100  
        PO Box 7070  
        Albuquerque, NM 87194-7070  
        Phone: (505) 243-7004  
        Fax:    (505) 243-7066

F:\WPDOCS\JTS SIMMS V. SIMMS BLDG., INC\CertServExhibitList 052808.wpd