UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Debtor(s): JTS/Simms LLC

JTS/Simms v. Simms Building Inc.

EXHIBIT LIST

From hearing on (matter): Trial on merits

Held (date): 6/5/08

07-1132

| Introd. by party | Exhibit # | Witness | Description | Offered/Obj./Ruling |
|---|---|---|---|---|
| π | A | Ballio | 4-11-07 Purch Agt. | Admit |
|  | B |  | Settlement Statement | Admit |
|  | C |  | 5-25-07 letter | Admit |
|  | D |  | Deed | Admit |
|  | E | 8 Griffin | 5-31-07 letter to tenants | Admit |
|  | F | Griffin | Sample Stmt | Admit |
| ↓ | G | Griffin | Customer Balance Details | Admit |

G:\exhlst

Case 07-01132-s    Doc 24    Filed 06/06/08    Entered 06/06/08 14:27:23 Page 1 of 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Debtor(s):

## EXHIBIT LIST

From hearing on (matter):

Held (date):

| Introd. by party | Exhibit # | Witness | Description | Offered/Obj./Ruling |
|---|---|---|---|---|
| π | H | Griffin Baiello | Funds Received by JTS for charges prior to closing | Admit |
| | I | & Griffin | Checks | Admit |
| | J | | Bank Account | Admit |
| | K | ↓ | Bank Account | Admit |
| | L | | | not offered |
| ↓ | M | | | ↓ |
| | | | | |

G:\exhlst

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Debtor(s):

## EXHIBIT LIST

From hearing on (matter):

Held (date):

| Introd. by party | Exhibit # | Witness | Description | Offered/Obj./Ruling |
|---|---|---|---|---|
| D | 1 | Armstrong | Purchase & Sale Agt | Stip Admit |
| ↓ | 2 | Griffin | RE Prop Mgt Agt | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |
| | 6 | | | |
| ↓ | 7 | | | ↓ |

G:\exhlst

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Debtor(s):

Case No.

### EXHIBIT LIST

From hearing on (matter):

Held (date):

| Introduced by: | Exhibit # | Witness | Description | Offered/Obj/Ruling |
|---|---|---|---|---|
| Δ | 8 | | | not tendered |
| ↓ | 9 | | | ↓ |
| | 10 | | | |
| ↓ | 11 | | | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| James Starzynski/NMB/10/USCOURTS | To | "David T. Thuma" <dthuma@jtwlawfirm.com> |
|---|---|---|
| 06/04/2008 04:04 PM | cc | "Jennie Behles" <behles@jdbehles.com>, starzynski@nmcourt.fed.us |
| | bcc | |
| | Subject | RE: JTS adv no 07-01132-s- advise to court exhibits |

Thanks to both of you for addressing the admissibility issue. I had reviewed the Motion in Limine; I suppose it makes sense to address that as one of the first orders of business (although I have not as of yet looked at any of the exhibits you all have sent over), although if there is a question about whether the challenged exhibits will even be offered, we might take up the M/Limine if and when the exhibits addressed by the M/Limine are offered.

Judge Starzynski

| "David T. Thuma" <dthuma@jtwlawfirm.com> | To | <starzynski@nmcourt.fed.us> |
|---|---|---|
| 06/04/2008 03:42 PM | cc | "Jennie Behles" <behles@jdbehles.com> |
| | Subject | RE: JTS adv no 07-01132-s- advise to court exhibits |

```
Dear Judge Starzynski, the plaintiff does not contest the authenticity
of any of the defendant's proposed exhibits, and stipulates to the
admissibility of exhibits 1-7. Plaintiff objects to the admission of
exhibits 8-11 on grounds of relevance.

David T. Thuma
Jacobvitz, Thuma & Walker, P.C.
500 Marquette Avenue, NW
Suite 650
Albuquerque, New Mexico   87102
505-766-9272
505-766-9287 (fax)
dthuma@jtwlawfirm.com <mailto:dthuma@jtwlawfirm.com>


-----Original Message-----
From: Jennie Behles [mailto:behles@jdbehles.com]
Sent: Wednesday, June 04, 2008 3:15 PM
To: starzynski@nmcourt.fed.us
Cc: David T. Thuma
Subject: JTS adv no 07-01132-s- advise to court exhibits

Pursuant to the recent order Defendant does not contest authenticity of
any of Plaintiffs exhibits but reserves all other objections and
specifically direct the courts attention to the Motion in Limine filed
6/3/08  dkt no .21 as relates to certain  Plaintiffs exhibits considered
objectionable by Defendant Simms.
```

Respectfully submitted

Jennie Deden Behles

_____

click below to report this message as spam
for starzynski@nmcourt.fed.us
http://spamcontrol/.rs?id2=4cEwM3c2HChYgs324yl