UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
JTS/SIMMS, LLC
a New Mexico Limited liability company

Case No. 11-07-12153 SA
Chapter 11

        Debtor.

JTS/SIMMS, LLC,
        Plaintiff,

v.

Adv. Pro. 07-01132 S

SIMMS BUILDING, INC., a
New Mexico corporation,
        Defendant.

## POST-TRIAL SCHEDULING ORDER

The Court, having presided over the trial on the merits in the above-captioned adversary proceeding on April 5, 2008, HEREBY ORDERS that:

1. Plaintiff shall have until 5:00 P.M on June 13, 2008 to file an optional memorandum or brief on the issue whether the Court has the power to impose sanctions for violations of the automatic stay if the injured party is not an individual. Defendant shall have until 5:00 P.M. on June 20, 2008 to file an optional responsive memorandum or brief (which may be filed even if Plaintiff elects not to file a memorandum or brief).

2. Defendant will shall have until 5:00 P.M on June 13, 2008 to file an optional memorandum or brief on the issue whether 11 U.S.C. §362(a)(2) applies only to "property from the estate" that is in the lawful possession of the debtor. Plaintiff have until 5:00 P.M. on June 20, 2008 to file an optional responsive memorandum or brief (which may be filed even if Defendant elects not to file a memorandum or brief).

                                                  Honorable James S. Starzynski
                                                  United States Bankruptcy Judge

Entered on Docket Date: June 10, 2008

Submitted and approved:

JACOBVITZ, THUMA & WALKER, P.C.

By: submitted by e-mail 6/9/08
    David T. Thuma
    500 Marquette Avenue, NW, #650
    Albuquerque, New Mexico 87102
    505-766-9272
    505-766-9287 (fax)
    dthuma@jtwlawfirm.com
Attorneys for the Plaintiff

Approved:

BEHLES LAW FIRM, P.C.

By: approved by e-mail 6/9/08
    Jennie D. Behles
    400 Gold SW, #680
    Albuquerque, NM 87102
    (505) 242-7004
    (505) 242-7006 (fax)
    behles@jbehles.com
Attorney for the Defendant